# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-24276-CMB |
| | : | |
| Jacqueline Y. Wage-Rowe, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated October 5, 2016 (Order Setting Hearing on Amended Plan) and Amended Plan Dated October 3, 2016* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated October 6, 2016          Executed by:  /s/ Lawrence W. Willis
                                                 Lawrence W. Willis, Esquire
                                                 Willis & Associates
                                                 201 Penn Center Blvd
                                                 Pittsburgh, PA 15235
                                                 Tel: 412.825.5170
                                                 Fax: 412.823.2375

MATRIX

Jacqueline Wade-Rowe
2001 Delaware Avenue
Pittsburgh, PA 15218

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Ally Financial
P.O. BOX 380901
Minneapolis, MN 55438

Capital One Auto Finance
PO Box 259407
Plano, TX 75025

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

DSNB/MACYS
PO Box 8218
Mason, OH 45040

FIRST NATIONAL COLLECTIO
610 WALTHAM WAY
Sparks, NV 89434

M&T Bank
PO BOX 900
Millsboro, DE 19966

Onemain Financial
6801 Colwell Blvd
Irving, TX 75039

Springleaf Financial Services
PO Box 3251
Evansville, IN 47731

URBAN LEAGUE OF PITT
PO BOX 1667
Pittsburgh, PA 15230