# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Jacqueline Y. Wade-Rowe, | : | Case No. 14-24276-CMB |
| | : | |
| Debtors | : | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| Jacqueline Y. Wade-Rowe, | : | Chapter 13 |
| | : | |
| Movants | : | |
| | : | Related to Docket No. 67 |
| vs. | : | |
| | : | |
| M & T Bank, | : | |
| Redevelopment Authority of | : | |
| Allegheny County, | : | |
| Respondents | : | |
| | : | |
| And | : | |
| | : | |
| | : | Hearing Date & Time: |
| Ronda J. Winnecour, Esquire, | : | November 16, 2016 at 10:00 AM |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age and that I served a true and correct copy of the Order Scheduling a Status Conference filed herewith on the parties at the addresses on the attached matrix by first class mail.

Respectfully submitted,

Date: October 15, 2016

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.825.5170
Fax: 412.823.2375
lawrencew@urfreshstrt.com
Attorney for Debtors

**MATRIX OF PARTIES SERVED**

Jacqueline Y Wade-Rowe
2001 Delaware Ave
Pittsburgh, PA 15218

Ronda J. Winnecour
lmp@chapter13trusteewdpa.com
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

M&T Bank
PO BOX 900
Millsboro, DE 19966

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Redevelopment Authority of Allegheny County
Attn: Robert Rubinstein
200 Ross St #6,
Pittsburgh, PA 15219

Hilary W. Taylor, Esquire
Papernick & Gefsky, LLC
One Oxford Centre
301 Grant St., Suite 3420
Pittsburgh, PA 15219