UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Jacqueline Y Wade-Rowe | Bankruptcy No. 14-24276-CMB |
| Debtor | Chapter 13 |
| Jacqueline Y Wade-Rowe | |
| Movant | |
| vs. | Document No. 66 |
| M&T BANK.<br>Redevelopment Authority of<br>Allegheny County., | |
| Ronda J. Winnecour, Trustee<br>Respondents | |

*************************************************************************

## ORDER

**AND NOW**, this ___14th___ day of ___October___, 2016, upon consideration of the Debtors' Motion for Status Conference, it is hereby ORDERED and DECREED that a Status Conference shall be conducted in this case on ___November 16___, 2016, at ___10:00 a.m.___ in ___Courtroom B, 54t Floor, US Steel Tower, 600 Grant St. Pittsburgh PA___

Responses shall be filed by ___Nobember 11, 2016___.

FILED
10/14/16 7:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Bohm_   dms
Carlota M. Bohm
United States Bankruptcy Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 14-24276-CMB
Jacqueline Y Wade-Rowe                                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw                  Page 1 of 1                  Date Rcvd: Oct 14, 2016
                              Form ID: pdf900             Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
db             +Jacqueline Y Wade-Rowe,    2001 Delaware Ave,    Pittsburgh, PA 15218-1818
               +Hillary W. Taylor, Esq.,    Papernick & Gefsky,    One Oxford Centre,   301 Grant St.. sSuite3420,
                 Pittsburgh, PA 15219-6401
               +Redevelopment Authority of Allegheny County,    Atten: Robert Rubinstein,   200 Ross St. #6,
                 Pittsburgh, PA 15219-2014
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13944493        E-mail/Text: camanagement@mtb.com Oct 15 2016 01:40:09      M & T BANK,    PO BOX 900,
                 Millsboro, DE 19966
13944494        E-mail/Text: camanagement@mtb.com Oct 15 2016 01:40:09      M&T Bank,   P.O. Box 64679,
                 Baltimore, MD 21264
13956045        E-mail/Text: camanagement@mtb.com Oct 15 2016 01:40:09      M&T BANK,   PO BOX 1288,
                 Buffalo, NY 14240
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
              [ *** NO NAME OR ADDRESS SUPPLIED *** ]
cr             M&T BANK
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Lawrence W. Willis    on behalf of Debtor Jacqueline Y Wade-Rowe help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 10
```