# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
11/14/16 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Conciliation Conference:*

**Debtor:** JACQUELINE Y WADE-ROWE
**Case Number:** 14-24276-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 10, 2016 11:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#63 Amended Plan Dated 10-3-2016 - NFC
#65 Cert of Service
R / M #:   63 / 0

### *Appearances:*

Debtor:  Willis
Trustee:  Winnecour / (Bedford) / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2-23-17 at 11:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/3/2016   11:39:17AM