10:00 AM

## PROCEEDING MEMO

**Date:** November 16, 2016

**In re:** Jacqueline Y Wade-Rowe

Bankruptcy No. 14-24276-CMB
Chapter 13
Doc. # 66

**Appearances:** Lawrence Willis, D; Matthew McClelland, M&T; Hilary Taylor, RAAC.

**Movant(s):** ~~Lawrence W. Willis~~

**Respondent(s):** ~~Andrew F. Gornall, Hilary Taylor, Winnecour, Pail, Bedford, Katz~~

**Creditor(s):**

**Nature of Proceeding:** Debtor's Second Motion for Status Conference re: Interim Modification Order v. M & T Bank, Redevelopment Authority of Allegheny County

**Additional Pleadings:**   #68 Certificate of Service

**Judge's Notes:** Redevelopment Authority to file a claim. Debtor to file an amended plan within 10 days. Conciliation scheduled for 2/23/2017 @ 11:30 a.m.

*Matter Concluded.*

**Outcome:**

_____ Motion is GRANTED _____ Order entered

_____ Motion is DENIED _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____ days
   Respondent(s) brief due _____ days
   Trustee's brief due _____ days

FILED
11/16/16 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge