LOCAL BANKRUPTCY FORM NO. 24

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Jacqueline Y. Wade-Rowe, | : | Chapter 13 |
| | : | |
| **Movant** | : | **Bankruptcy No. 14-24276-CMB** |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | **Related to Docket No. 72** |
| **Applicant** | : | |
| | : | **Hearing Date and Time:** |
| **vs.** | : | **January 17, 2017 at 10:00 am** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN
CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE**

To All Creditors and Parties in Interest:

1.    Applicant represents  **Jacqueline Y. Wade-Rowe**.
2.    This is (check one)
         N/A   a final application
          X    an interim application
      for the period October 20, 2014 to December 1, 2016
3.    Previous retainer paid to Applicant: $500.00.
4.    Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5.    Applicant requests additional:
      Compensation of $10,000.00.
      Reimbursement of Expenses of $ N/A .
6.    A hearing on the Application will be held in Courtroom B, 600 Grant Street, 54th Floor,
      Pittsburgh, PA 15219 at 10:00 a.m., on January 17, 2017.
7.    Any written objections must be filed with the Court and served on the Applicant on or
      before December 19, 2016 (fourteen (14) days from the date of this notice plus an
      additional three (3) days if served by mail). Copies of the application are available from
      the applicant.

Date of Service: December 1, 2016                    Attorney for Movant/Applicant:

                                                                    /s/ Lawrence W Willis Esq
                                                                    Lawrence W Willis, Esquire
                                                                    PA I.D. # 85299
                                                                    Willis & Associates
                                                                    201 Penn Center Blvd
                                                                    Pittsburgh, PA 15235
                                                                    Tel: 412.825.5170
                                                                    Fax: 412.823.2375

Email: lawrencew@urfreshstrt.com
Attorney for Debtors