**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 14-24276-CMB |
|     Jacqueline Y. Wade-Rowe, | : | |
|         Debtor | : | Chapter 13 |
| _____ | : | |
| Jacqueline Y. Wade-Rowe, | : | |
|         Movant | : | Related to Docket No. 81 |
| | : | |
| | : | Hearing Date and Time: |
| vs. | : | March 22, 2017 at 11:00 am |
| | : | |
| M&T Bank, | : | |
| Redevelopment Authority of | : | |
| Allegheny County, | : | |
|         Respondent | : | |
| | : | |
| And | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|         Additional Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR APPROVAL AUTHORIZE LOAN MODIFICATION AGREEMENT FILED AT DOCKET NO. 81

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Approval Authorize Loan Modification Agreement filed on February 1, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 20, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: February 21, 2017                                      By: /s/ Lawrence Willis Esquire
                                                                            Lawrence W Willis, Esquire
                                                                            PA I.D. # 85299
                                                                            Willis & Associates
                                                                            201 Penn Center Blvd
                                                                            Pittsburgh, PA 15235
                                                                            Tel: 412.825.5170
                                                                            Fax: 412.823.2375
                                                                            lawrencew@urfreshstrt.com
                                                                            Attorney for Debtors