**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Bankruptcy No. 14-24276-CMB** |
| **Jacqueline Y. Wade-Rowe,** | : | |
| **Debtor** | : | **Chapter 13** |
| | : | |
| **Jacqueline Y. Wade-Rowe,** | : | |
| **Movant** | : | **Related to Docket No. 85** |
| | : | |
| | : | **Hearing Date and Time:** |
| **vs.** | : | |
| | : | |
| **M&T Bank,** | : | |
| **Redevelopment Authority of** | : | |
| **Allegheny County,** | : | |
| **Respondent** | : | |
| | : | |
| **And** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served the *Order Dated March 3, 2017* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated March 5, 2017         Executed by:   /s/ Lawrence W. Willis
                                           Lawrence W. Willis, Esquire
                                           Willis & Associates
                                           201 Penn Center Blvd
                                           Pittsburgh, PA 15235
                                           Tel: 412.825.5170
                                           Fax: 412.823.2375

MATRIX

Jacqueline Y Wade-Rowe
2001 Delaware Ave
Pittsburgh, PA 15218

Ronda J. Winnecour
lmp@chapter13trusteewdpa.com
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

M&T Bank
PO BOX 900
Millsboro, DE 19966

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Redevelopment Authority of Allegheny County
Attn: Robert Rubinstein
200 Ross St #6,
Pittsburgh, PA 15219

Hilary W. Taylor, Esquire
Papernick & Gefsky, LLC
One Oxford Centre
301 Grant St., Suite 3420
Pittsburgh, PA 15219