# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | JACQUELINE Y WADE-ROWE |
| Case Number: | 14-24276-CMB      Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 28, 2019 10:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/4/19 8:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#103 - Amended Plan Dated 12-5-2018 (FC)
R / M #:   103 / 0

### Appearances:

Debtor: Willis
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 3/15/19
   Objections are due on or before 4/15/19
   A hearing on the Amended Plan is set for 4/18/19 @ 1:30pm
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

$1329 for PCN
12/5/18 Plan is w/drawn.
Amended plan to be filed.

2/21/2019   4:26:43PM