## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
                                      )    Case No. 14-24276CMB
Jacqueline Y. Wade-Rowe               )
                                      )
              Debtor                  )    Chapter 13
                                      )    Document No. _____
                                      )    Related to Document No. 112

## CONSENT ORDER MODIFYING APRIL 24, 2019 ORDER

AND NOW, this _____ day of _____, 2019, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated April 24, 2019 it is

ORDERED that Part "1.G." be amended to add the following: the Claim of Redevelopment Authority of Allegheny County (Claim No. 8) shall govern as to amount, classification and rate of interest, and it shall be deemed timely filed.

The April 22, 2019 order otherwise remains in full force and effect.

BY THE COURT:

_____
Carlota M. Bohm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com


/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh PA 15235
412-235-1721
ecf@westernpabankruptcy.com


/s/ Hilary W. Taylor
Hilary W. Taylor, Esquire
Attorney for Redevelopment Authority of Allegheny County
Papernick & Gefsky, LLC
One Oxford Centre
301 Grant St., Suite 3420
Pittsburgh, PA 15219
412-765-2212
htaylor@papernick-gefsky.com