# PROCEEDING MEMO

**Date:** 12/04/2019 10:00 am

**In re:** Jacqueline Y Wade-Rowe

Bankruptcy No. 14-24276-CMB
Chapter: 13
Doc. # 119

**Appearances:** DeSimone
Lawrence W. Willis

**Nature of Proceeding:** #119 Trustee's Motion To Dismiss Case

**Additional Pleadings:** #121 Certificate of No Objection
#122 Response by Debtor

**Judge's Notes:**

motion to dismiss is withdrawn

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
12/4/19 2:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA