**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jacqueline Y Wade−Rowe**
Debtor(s)

Bankruptcy Case No.: 14−24276−CMB

Chapter: 13
Docket No.: 129 − 127

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 29th of January, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/16/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/15/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/16/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 14-24276-CMB
Jacqueline Y Wade-Rowe                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr         Page 1 of 2          Date Rcvd: Jan 29, 2020
                            Form ID: 408       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2020.
```
db          +Jacqueline Y Wade-Rowe,    2001 Delaware Ave,    Pittsburgh, PA 15218-1818
cr          +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
              Pittsburgh, Pa 15222-5413
cr          +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr          +Peoples Natural Gas Company, LLC,     Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
              Pittsburgh, PA 15212-5866
13944491    +DSNB/MACYS,    PO Box 8218,    Mason, OH 45040-8218
13997585    +Peoples Natural Gas Company LLC,     375 North Shore Drive, Suite 600,
              Pittsburgh, PA 15212-5866
14334736    +Redevelopment Authority of Allegheny County,     Allegheny County Economic Development,
              One Chatham Center, Suite 900,    112 Washington Place,    Pittsburgh, PA 15219-3458
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2020 03:47:12
              Capital One Auto Finance c/o AIS Portfolio Service,    4515 N. Santa Fe Ave.,    Dept APS,
              Oklahoma City, OK 73118-7901
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2020 03:46:16
              Capital One Auto Finance c/o Ascension Capital Gro,    4515 N Santa Fe Ave.,    Dept. APS,
              Oklahoma City, OK 73118-7901
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2020 03:58:30
              PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13944487    +E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 03:41:01     ALLY FINANCIAL,
              P.O. BOX 380901,    Minneapolis, MN 55438-0901
13960207     E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 03:41:01
              Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13944488    +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 30 2020 03:45:32
              Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
13951985    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 30 2020 03:47:47
              Capital One Auto Finance c/o AIS,    Potfolio, LP f/k/a AIS Data Services,
              d/b/a Ascension Capital Group,    4515 N Santa Fe Ave Dept APS,    Oklahoma City, OK 73118-7901
14995689    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2020 03:45:23
              Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
13944489    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2020 03:46:13     Capital One Bank,
              P.O. Box 30281,    Salt Lake City, UT 84130-0281
13944490    +E-mail/PDF: creditonebknotifications@resurgent.com Jan 30 2020 03:45:26     Credit One Bank,
              PO Box 98873,    Las Vegas, NV 89193-8873
14011545    +E-mail/Text: kburkley@bernsteinlaw.com Jan 30 2020 03:42:27     Duquesne Light Company,
              c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
13944492    +E-mail/Text: bankruptcy@fncbinc.com Jan 30 2020 03:40:50     FIRST NATIONAL COLLECTIO,
              610 WALTHAM WAY,    Sparks, NV 89437-6695
14006202     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 03:47:23
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13944493     E-mail/Text: camanagement@mtb.com Jan 30 2020 03:41:18     M & T BANK,    PO BOX 900,
              Millsboro, DE 19966
13956045     E-mail/Text: camanagement@mtb.com Jan 30 2020 03:41:18     M&T BANK,    PO BOX 1288,
              Buffalo, NY 14240
13944494     E-mail/Text: camanagement@mtb.com Jan 30 2020 03:41:18     M&T Bank,    P.O. Box 64679,
              Baltimore, MD 21264
13944495    +E-mail/PDF: cbp@onemainfinancial.com Jan 30 2020 03:47:01     Onemain Financial,
              6801 Colwell Blvd,    Irving, TX 75039-3198
14657757     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2020 03:46:17
              Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13999687     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2020 03:47:13
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13944496     E-mail/PDF: cbp@onemainfinancial.com Jan 30 2020 03:45:14     Springleaf Financial Services,
              PO Box 3251,    Evansville, IN 47731
                                                                                              TOTAL: 20
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Capital One Auto Finance
cr          Duquesne Light Company
cr          M&T BANK
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2            User: gamr              Page 2 of 2             Date Rcvd: Jan 29, 2020
                                Form ID: 408            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jschwartz@mesterschwartz.com
              Lawrence W. Willis    on behalf of Debtor Jacqueline Y Wade-Rowe ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```