**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JACQUELINE Y WADE-ROWE <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:14-24276 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 28, 2020

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/24/2014 and confirmed on 12/19/14 . The case was subsequently     Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 107,486.00 |
| Less Refunds to Debtor | 1,044.09 | |
| TOTAL AMOUNT OF PLAN FUND | | 106,441.91 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 13,500.00 | |
|    Trustee Fee | 4,464.92 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17,964.92 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 6,814.11 | 6,814.11 | 0.00 | 6,814.11 |
|     Acct: 0957 | | | | |
|   URBAN LEAGUE OF GREATER PITTSBUF | 2,015.00 | 2,015.00 | 0.00 | 2,015.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXURGH | | | | |
|   M & T BANK | 11,320.32 | 11,320.32 | 0.00 | 11,320.32 |
|     Acct: 0925 | | | | |
|   ALLEGHENY COUNTY REDEVELOPMENT | 0.00 | 4,057.28 | 0.00 | 4,057.28 |
|     Acct: 0115 | | | | |
|   M & T BANK | 0.00 | 26,048.58 | 0.00 | 26,048.58 |
|     Acct: 0957 | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0957 | | | | |
|   ALLEGHENY COUNTY REDEVELOPMENT | 8,258.09 | 8,258.09 | 0.00 | 8,258.09 |
|     Acct: 0115 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 7,391.22 | 7,391.22 | 1,532.01 | 8,923.23 |
|     Acct: 4663 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 17,731.78 | 17,731.78 | 1,983.65 | 19,715.43 |
|     Acct: 2085 | | | | |
| | | | | 87,152.04 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JACQUELINE Y WADE-ROWE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JACQUELINE Y WADE-ROWE | 1,044.09 | 1,044.09 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 10,000.00 | 10,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-16 | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

14-24276 Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0957 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 379.57 | 59.79 | 0.00 | 59.79 |
| Acct: 7465 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 358.57 | 56.48 | 0.00 | 56.48 |
| Acct: 9727 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 457.69 | 72.09 | 0.00 | 72.09 |
| Acct: 3361 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9805 | | | | |
| FIRST NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3529 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3339 | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2650 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,425.73 | 224.57 | 0.00 | 224.57 |
| Acct: 5775 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPI | 5,790.21 | 912.02 | 0.00 | 912.02 |
| Acct: 4663 | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,324.95 |
| TOTAL PAID TO CREDITORS | | | | 88,476.99 |

```
TOTAL
 CLAIMED           0.00
 PRIORITY     53,530.52
 SECURED       8,411.77
```

Date: 01/28/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   JACQUELINE Y WADE-ROWE<br><br>       Debtor(s)<br><br>   Ronda J. Winnecour<br>       Movant<br>       vs.<br>   No Repondents. | Case No.:14-24276<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

  AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                      BY THE COURT:

                                                      _____
                                                      U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 14-24276-CMB
Jacqueline Y Wade-Rowe                                              Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0315-2         User: gamr                Page 1 of 2                  Date Rcvd: Jan 29, 2020
                             Form ID: pdf900           Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db             +Jacqueline Y Wade-Rowe,    2001 Delaware Ave,    Pittsburgh, PA 15218-1818
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13944491       +DSNB/MACYS,   PO Box 8218,    Mason, OH 45040-8218
13997585       +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14334736       +Redevelopment Authority of Allegheny County,     Allegheny County Economic Development,
                 One Chatham Center, Suite 900,    112 Washington Place,    Pittsburgh, PA 15219-3458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2020 03:45:23
                 Capital One Auto Finance c/o AIS Portfolio Service,     4515 N. Santa Fe Ave.,    Dept APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2020 03:46:16
                 Capital One Auto Finance c/o Ascension Capital Gro,     4515 N Santa Fe Ave.,    Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2020 03:58:56
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13944487       +E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 03:41:01       ALLY FINANCIAL,
                 P.O. BOX 380901,    Minneapolis, MN 55438-0901
13960207        E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 03:41:01
                 Ally Financial serviced by Ally Servicing LLC,     PO Box 130424,    Roseville, MN 55113-0004
13944488       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 30 2020 03:45:32
                 Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
13951985       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 30 2020 03:45:58
                 Capital One Auto Finance c/o AIS,    Potfolio, LP f/k/a AIS Data Services,
                 d/b/a Ascension Capital Group,    4515 N Santa Fe Ave Dept APS,    Oklahoma City, OK 73118-7901
14995689       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2020 03:47:12
                 Capital One Auto Finance, a division of Capital On,     P.O. Box 4360,    Houston, TX 77210-4360
13944489       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2020 03:46:13       Capital One Bank,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
13944490       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 30 2020 03:45:30       Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
14011545       +E-mail/Text: kburkley@bernsteinlaw.com Jan 30 2020 03:42:27       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13944492       +E-mail/Text: bankruptcy@fncbinc.com Jan 30 2020 03:40:50       FIRST NATIONAL COLLECTIO,
                 610 WALTHAM WAY,    Sparks, NV 89437-6695
14006202        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 03:45:33
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13944493        E-mail/Text: camanagement@mtb.com Jan 30 2020 03:41:18       M & T BANK,    PO BOX 900,
                 Millsboro, DE 19966
13956045        E-mail/Text: camanagement@mtb.com Jan 30 2020 03:41:18       M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
13944494        E-mail/Text: camanagement@mtb.com Jan 30 2020 03:41:18       M&T Bank,    P.O. Box 64679,
                 Baltimore, MD 21264
13944495       +E-mail/PDF: cbp@onemainfinancial.com Jan 30 2020 03:47:01       Onemain Financial,
                 6801 Colwell Blvd,    Irving, TX 75039-3198
14657757        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2020 03:47:14
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13999687        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2020 03:45:24
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13944496        E-mail/PDF: cbp@onemainfinancial.com Jan 30 2020 03:45:14       Springleaf Financial Services,
                 PO Box 3251,    Evansville, IN 47731
                                                                                               TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance
cr              Duquesne Light Company
cr              M&T BANK
                                                                                              TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2         User: gamr              Page 2 of 2          Date Rcvd: Jan 29, 2020
                             Form ID: pdf900         Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jschwartz@mesterschwartz.com
              Lawrence W. Willis    on behalf of Debtor Jacqueline Y Wade-Rowe ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```