**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jacqueline Y Wade–Rowe** | Social Security number or ITIN  **xxx–xx–7465** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14–24276–CMB**

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jacqueline Y Wade–Rowe

<u>3/18/20</u>                                                                 **By the court:**   <u>Carlota M. Bohm</u>
                                                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                      Case No. 14-24276-CMB
Jacqueline Y Wade-Rowe                                                      Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2           User: lfin                   Page 1 of 2                  Date Rcvd: Mar 18, 2020
                               Form ID: 3180W               Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db             +Jacqueline Y Wade-Rowe,    2001 Delaware Ave,    Pittsburgh, PA 15218-1818
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13997585       +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14334736       +Redevelopment Authority of Allegheny County,    Allegheny County Economic Development,
                 One Chatham Center, Suite 900,   112 Washington Place,    Pittsburgh, PA 15219-3458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:46:54      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +EDI: AISACG.COM Mar 19 2020 07:58:00      Capital One Auto Finance c/o AIS Portfolio Service,
                 4515 N. Santa Fe Ave.,    Dept APS,   Oklahoma City, OK 73118-7901
cr             +EDI: AISACG.COM Mar 19 2020 07:58:00      Capital One Auto Finance c/o Ascension Capital Gro,
                 4515 N Santa Fe Ave.,    Dept. APS,   Oklahoma City, OK 73118-7901
cr             +EDI: PRA.COM Mar 19 2020 07:58:00      PRA  Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
13944487       +EDI: GMACFS.COM Mar 19 2020 07:58:00      ALLY FINANCIAL,    P.O. BOX 380901,
                 Minneapolis, MN 55438-0901
13960207        EDI: GMACFS.COM Mar 19 2020 07:58:00      Ally Financial serviced by Ally Servicing LLC,
                 PO Box 130424,   Roseville, MN 55113-0004
13944488       +EDI: CAPONEAUTO.COM Mar 19 2020 07:58:00      Capital One Auto Finance,    PO Box 259407,
                 Plano, TX 75025-9407
13951985       +EDI: AIS.COM Mar 19 2020 08:03:00      Capital One Auto Finance c/o AIS,
                 Potfolio, LP f/k/a AIS Data Services,    d/b/a Ascension Capital Group,
                 4515 N Santa Fe Ave Dept APS,    Oklahoma City, OK 73118-7901
14995689       +EDI: AISACG.COM Mar 19 2020 07:58:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,   Houston, TX 77210-4360
13944489       +EDI: CAPITALONE.COM Mar 19 2020 07:58:00      Capital One Bank,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
13944490       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 19 2020 04:43:30      Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
13944491       +EDI: TSYS2.COM Mar 19 2020 07:58:00      DSNB/MACYS,    PO Box 8218,   Mason, OH 45040-8218
14011545       +E-mail/Text: kburkley@bernsteinlaw.com Mar 19 2020 04:48:27      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13944492       +E-mail/Text: bankruptcy@fncbinc.com Mar 19 2020 04:45:40      FIRST NATIONAL COLLECTIO,
                 610 WALTHAM WAY,   Sparks, NV 89437-6695
14006202        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:41:30
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13944493        E-mail/Text: camanagement@mtb.com Mar 19 2020 04:46:22      M & T BANK,    PO BOX 900,
                 Millsboro, DE 19966
13944494        E-mail/Text: camanagement@mtb.com Mar 19 2020 04:46:22      M&T Bank,    P.O. Box 64679,
                 Baltimore, MD 21264
13956045        E-mail/Text: camanagement@mtb.com Mar 19 2020 04:46:22      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
13944495       +EDI: AGFINANCE.COM Mar 19 2020 07:58:00      Onemain Financial,    6801 Colwell Blvd,
                 Irving, TX 75039-3198
13999687        EDI: PRA.COM Mar 19 2020 07:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14657757        EDI: PRA.COM Mar 19 2020 07:58:00      Portfolio Recovery Associates, LLC,    PO BOX 41067,
                 Norfolk, VA 23541
13944496        EDI: AGFINANCE.COM Mar 19 2020 07:58:00      Springleaf Financial Services,    PO Box 3251,
                 Evansville, IN 47731
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance
cr              Duquesne Light Company
cr              M&T BANK
                                                                                             TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: lfin              Page 2 of 2           Date Rcvd: Mar 18, 2020
                              Form ID: 3180W          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Laurence A. Mester     on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jschwartz@mesterschwartz.com
              Lawrence W. Willis    on behalf of Debtor Jacqueline Y Wade-Rowe ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```