# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JACQUELINE Y WADE-ROWE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:14-24276<br><br>Chapter 13<br><br>Related to: Document No. 127<br><br>**ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this __18th__ day of __March__, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
3/18/20 9:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-24276-CMB
Jacqueline Y Wade-Rowe                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: lfin                 Page 1 of 2              Date Rcvd: Mar 18, 2020
                                Form ID: pdf900            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
```
db           +Jacqueline Y Wade-Rowe,    2001 Delaware Ave,    Pittsburgh, PA 15218-1818
cr           +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
               Pittsburgh, Pa 15222-5413
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr           +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866
13944491     +DSNB/MACYS,    PO Box 8218,    Mason, OH 45040-8218
13997585     +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866
14334736     +Redevelopment Authority of Allegheny County,    Allegheny County Economic Development,
               One Chatham Center, Suite 900,    112 Washington Place,    Pittsburgh, PA 15219-3458
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 19 2020 04:43:23
               Capital One Auto Finance c/o AIS Portfolio Service,    4515 N. Santa Fe Ave.,    Dept APS,
               Oklahoma City, OK 73118-7901
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 19 2020 04:42:12
               Capital One Auto Finance c/o Ascension Capital Gro,    4515 N Santa Fe Ave.,    Dept. APS,
               Oklahoma City, OK 73118-7901
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:42:15
               PRA   Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13944487     +E-mail/Text: ally@ebn.phinsolutions.com Mar 19 2020 04:45:56      ALLY FINANCIAL,
               P.O. BOX 380901,    Minneapolis, MN 55438-0901
13960207      E-mail/Text: ally@ebn.phinsolutions.com Mar 19 2020 04:45:56
               Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13944488     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 19 2020 04:41:24
               Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
13951985     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 19 2020 04:59:42
               Capital One Auto Finance c/o AIS,    Potfolio, LP f/k/a AIS Data Services,
               d/b/a Ascension Capital Group,    4515 N Santa Fe Ave Dept APS,    Oklahoma City, OK 73118-7901
14995689     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 19 2020 04:41:15
               Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
13944489     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:42:10      Capital One Bank,
               P.O. Box 30281,    Salt Lake City, UT 84130-0281
13944490     +E-mail/PDF: creditonebknotifications@resurgent.com Mar 19 2020 04:43:25      Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
14011545     +E-mail/Text: kburkley@bernsteinlaw.com Mar 19 2020 04:48:24      Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
13944492     +E-mail/Text: bankruptcy@fncbinc.com Mar 19 2020 04:45:40      FIRST NATIONAL COLLECTIO,
               610 WALTHAM WAY,    Sparks, NV 89437-6695
14006202      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:41:27
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13944493      E-mail/Text: camanagement@mtb.com Mar 19 2020 04:46:22      M & T BANK,    PO BOX 900,
               Millsboro, DE 19966
13944494      E-mail/Text: camanagement@mtb.com Mar 19 2020 04:46:22      M&T Bank,    P.O. Box 64679,
               Baltimore, MD 21264
13956045      E-mail/Text: camanagement@mtb.com Mar 19 2020 04:46:22      M&T BANK,    PO BOX 1288,
               Buffalo, NY 14240
13944495     +E-mail/PDF: cbp@onemainfinancial.com Mar 19 2020 04:42:00      Onemain Financial,
               6801 Colwell Blvd,    Irving, TX 75039-3198
13999687      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:41:17
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14657757      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:41:17
               Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13944496      E-mail/PDF: cbp@onemainfinancial.com Mar 19 2020 04:41:59      Springleaf Financial Services,
               PO Box 3251,    Evansville, IN 47731
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Capital One Auto Finance
cr           Duquesne Light Company
cr           M&T BANK
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: lfin              Page 2 of 2              Date Rcvd: Mar 18, 2020
                              Form ID: pdf900         Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Laurence A. Mester     on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jschwartz@mesterschwartz.com
              Lawrence W. Willis    on behalf of Debtor Jacqueline Y Wade-Rowe ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 11
```